UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

MARTA HANYZKIEWICZ, on behalf of herself and
all others similarly situated,

                        Plaintiff,

   -v.-

V.S. EYE WEAR, INC.,

                    Defendants.

Civil Action No:
1:22-cv-645

------------------------------------------------------------------x

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between all parties that

whereas no party hereto is an infant, incompetent person for whom a committee has been

appointed or conservatee, and no person not a party has an interest in the subject matter of the

action, that this action is   dismissed with prejudice and without costs to either party pursuant

to Rule 41(a)(1)(A)(ii) of  the Federal Rules of Civil  Procedure.

**Dated:** October 21, 2022

| **For Plaintiff Marta Hanyzkiewicz** | For Defendant V.S. Eye Wear, Inc. |
|---|---|
| _s/ Mark Rozenberg_<br>Mark Rozenberg<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: 201-282-6500<br>mrozenberg@steinsakslegal.com | _s/Martin Simon Krezalek_<br>Martin Simon Krezalek<br>Blank Rome LLP<br>1271 Ave of the Americas Ste 15<br>New York, NY 10020<br>Ph: 212-885-5000<br>mkrezalek@blankrome.com |

_kiyo A. Matsumoto, USDJ_
10.21.2022

## CERTIFICATE OF SERVICE

I certify that on October 21, 2022, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the    Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Mark Rozenberg*
Mark Rozenberg
**Stein Saks, PLLC**
*Attorneys for Plaintiff*